# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

Marilyn Kelly,
Chief Justice

140919

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                                   SC: 140919
                                                   COA: 296342
                                                   Wayne CC: 08-017210-01-FC

LIONEL GOSHAY,
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 4, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

_____
Clerk

p0719